IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cesar Ramirez, ) | No. CV-10-2373-PHX-LOA |
| Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| vs. ) | |
| Enhanced Recovery Corporation, ) | |
| Defendant. ) | |

Upon the Court's review of the file, the Court notes the Complaint was filed on November 2, 2010. (Doc. 1) Plaintiff consented to magistrate-judge jurisdiction on November 4, 2010. (Doc. 5). Plaintiff filed the returned, executed Summons, doc. 6, which reflects service was effectuated upon Defendant Enhanced Recovery Corporation through Registered Agent: Paranet Corpration Services c/o Stephanie Barnes SOP Specialist who is authorized to accept service of process on its behalf on November 16, 2010 at 2:37 p.m. at 3675 Crestwood Parkway, Suite 350, Duluth, Georgia 30096. To date, no appearance has been made by Defendant and no application of default has been requested.

Plaintiff is required to prosecute its litigation. If this case has settled, Plaintiff shall promptly file a Notice of Dismissal. If the case remains active and the time for Defendant to Answer or otherwise plead has expired, Plaintiff shall file an Application for Entry of Default with the Clerk pursuant to Rule 55(a), and seek a default judgment pursuant to Rule 55(b), Fed.R.Civ.P. Absent good cause shown or Defendant's appearance herein,

1 the failure of Plaintiff to comply with Rule 55 or to request a status hearing showing good
2 cause why this action should not be dismissed by **5:00 p.m. on December 23, 2010** may
3 result in the dismissal of this case without prejudice for lack of prosecution pursuant to Rule
4 41(b), Fed.R.Civ.P.; LRCiv 41.1.

DATED this 10th day of December, 2010.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge