IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cesar Ramirez, ) | No. CV-10-2373-PHX-LOA |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Enhanced Recovery Corporation, ) | |
| Defendant. ) | |

   This case arises on the Court's review of Plaintiff's Response to Order to Show Cause, doc. 8, and the file as a whole.

   The Complaint was filed on November 2, 2010. (Doc. 1) Plaintiff filed a return of service which reflects service was effectuated upon Defendant Enhanced Recovery Corporation through Registered Agent: Paranet Corpration Services c/o Stephanie Barnes SOP Specialist on November 16, 2010 at 2:37 p.m. at 3675 Crestwood Parkway, Suite 350, Duluth, Georgia 30096. (Doc. 6)

   In response to the Court's December 13, 2010 OSC inquiring about the status of the case, Plaintiff's counsel advises the Court that he has been negotiating with Defendant's counsel and "requests an additional 14 days to allow the matter to resolve, or for Defendant to answer. If neither of these things occur within said time, undersigned requests an additional 14 days thereafter for Plaintiff to seek default." (doc. 8) The Court construes Plaintiff's Response as a motion to extend Defendant's time to answer or

1  otherwise respond to the Complaint. Because this lawsuit was filed less than three months
2  ago, the Court will grant Plaintiff's request.

3        **IT IS ORDERED** that Plaintiff's motion to extend Defendant's time to answer
4  or otherwise respond, doc. 8, is **GRANTED**. Defendant Enhanced Recovery Corporation
5  must file an answer or otherwise respond to the Complaint pursuant to Rule 12,
6  Fed.R.Civ.P., on or before **Friday, January 7, 2011** or a default may be entered against
7  Defendant.

8        **IT IS FURTHER ORDERED** that Plaintiff's counsel shall promptly provide
9  Defendant Enhanced Recovery Corporation or its authorized representative a copy of this
10 order. Promptly thereafter Plaintiff's counsel shall file a Notice of Compliance with this
11 order.

12       **IT IS FURTHER ORDERED** that the Clerk shall dismiss this lawsuit
13 without prejudice for lack of prosecution pursuant to Rule 41(b), Fed.R.Civ.P., on or shortly
14 after **Friday, January 21, 2011** if Defendant Enhanced Recovery Corporation has not
15 answered or otherwise responded to the Complaint and Plaintiff has not requested the entry
16 of default against Defendant Enhanced Recovery Corporation.

17       Dated this 22nd day of December, 2010.

*[Signature]*
Lawrence O. Anderson
United States Magistrate Judge